IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
5:14-cv-8-FL

PATRICIA DAVIS,                    )
                                   )
              Plaintiff,           )
                                   )
       v.                          )
                                   )          **ORDER**
CAROLYN COLVIN,                    )
Acting Commissioner of Social      )
Security,                          )
                                   )
              Defendant.           )
_____

        This action being submitted to the Court for an Order upon Plaintiff's showing that the

Commissioner of Social Security should pay the sum of $4,363.75 for attorney fees, representing

less than 25% of Plaintiff's accrued back benefits, to be paid from Plaintiff's back benefits

pursuant to § 406(b) of the Social Security Act. Upon receipt of the § 406(b) fee, Plaintiff will be

reimbursed the EAJA fee of $3,561.25 by Plaintiff's counsel.

        It is therefore ORDERED that the Commissioner of Social Security pay to Plaintiff's

counsel the sum of $4,363.75 from Plaintiff's back benefits and Plaintiff's counsel pay to

Plaintiff $3,561.25 and upon the payment of such sums this case is dismissed with prejudice.


                        This ____6th___ day of _____October_____, 2015.


                        _____
                        United States District Judge